WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW  
TIM WILBORN — OSB # 94464  
twilborn@mindspring.com  
2020-C SW 8th Avenue, PMB # 294  
West Linn, Oregon 97068  
Voice: (503) 697-7019  
Fax: (503) 697-7153  
   Attorney for Plaintiff

FILED'06 OCT 24 10:22 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**BRENDA LINKER,**

   Plaintiff,

vs.

**COMMISSIONER of Social Security,**

   Defendant.

CV # 05-3063-HA

ORDER

Attorney fees in the amount of $6,400.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address, above.

DATED this 24 day of _Oct_, 2006.

_____  
United States District Judge

Submitted on October 16, 2006 by:

/s/ Tim Wilborn, OSB # 94464  
(503) 697-7019  
   Attorney for Plaintiff

ORDER - Page 1